## Durr *v.* The State.

APPEAL from the Law and Equity Court of Walker county.

Tried before the Hon. PEYTON NORVELL.

COLEMAN & BANKHEAD and LEITH & SHERER, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for failure to work a public road, after having been warned to do so.

The judgment of conviction is reversed and judgment is here rendered discharging the defendant on the authority of *Monroe v. State,* 137 Ala. 88.

Opinion by McCLELLAN, C. J.